# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Wilkins, Robert L. | 2. Court or Organization<br><br>U.S. Court of Appeals for the District of Columbia Circuit | 3. Date of Report<br><br>8/13/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

U.S. Court of Appeals for the District of Columbia Circuit
333 Constitution Avenue, N.W.
Washington, D.C. 20001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member of Board of Governors | Lawyers' Club of Washington |
| 2. Proprietor | Proud Legacy Publishing |
| 3. Consultant | Seventh Child Productions (documentary film); received opinion from the Code of Conduct Committee on 4/4/2017 |
| 4. Trustee | Family trust |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2/11/2019 | Robert L. WIlkins and Seventh Child Productions, LLC; Literary Option/Purchase Agreement. Extension of 2017 agreement to option rights to book for documentary |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2019 | Proud Legacy Publishing, book royalties | $12,337.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Vanderbilt Univ. Law School | Jan. 23-24, 2019 | Nashville, TN | Judge-in-residence program - speaker | Transportation, hotel, meals |
| 2. | Indiana Univ. | Feb 11-12, 2019 | Gary, IN | Black History month program - speaker | Transportation, hotel, meals |
| 3. | Marshall Univ | Feb. 18-19, 2019 | Huntington, WV | Carter G. Woodson Lyceum - speaker | Transportation, hotel, meals |
| 4. | Davis Polk | Feb. 25, 2019 | New York, NY | Black History Month (co-sponsors MBBA and BAG) - speaker | Transportation, hotel, meals |
| 5. | Chicago Trading Co. | Feb. 26, 2019 | Chicago, IL | Black History Month speaker | Transportation, Hotel, Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wilkins, Robert L.** | 8/13/2020 |

| | | | | |
|---|---|---|---|---|
| 6. Oberlin College | Sept. 1-3, 2019 | Oberlin, OH | Mary Church Terrell Library event - speaker | Transportation, Hotel, Meals |
| 7. American Bar Association | Sept. 4-5, 2019 | Scottsdale, AZ | Litigation Section meeting - speaker | Transportation, Hotel, Meals |
| 8. OASIS - Indianapolis | Nov. 8, 2019 | Indianapolis, IN | Adult education event - speaker | Transportation, Hotel, Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wilkins, Robert L.** | 8/13/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

**✔** NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Rochester Institute of Technology | Tuition payments | None |
| 2. Discover | Credit Card | J |
| 3. Oberlin College | Tuition payments | None |
| 4. Cabrillo FCU Mastercard | Credit Card | K |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wilkins, Robert L.** | 8/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property - Muncie, IN | D | Rent | L | S | | | | | |
| 2. DC College Savings Plan #1 | A | Int./Div. | J | T | | | | | |
| 3. --Principal Protected Portfolio | B | Int./Div. | K | T | Distributed (part) | 01/04/19 | J | | |
| 4. --Principal Protected Portfolio | | | | | Distributed (part) | 02/12/19 | J | | |
| 5. --Principal Protected Portfolio | | | | | Distributed (part) | 04/03/19 | J | | |
| 6. DC College Savings Plan #2 | A | Int./Div. | J | T | | | | | |
| 7. --Principal Protected Portfolio | A | Int./Div. | J | T | Distributed (part) | 01/04/19 | J | | |
| 8. --Principal Protected Portfolio | | | | | Distributed (part) | 02/12/19 | J | | |
| 9. --Principal Protected Portfolio | | | | | Distributed (part) | 04/03/19 | J | | |
| 10. Cabrillo FCU Accounts | A | Int./Div. | J | T | | | | | |
| 11. Justice FCU Accounts | A | Int./Div. | J | T | | | | | |
| 12. IRA #1 - Charles Schwab Funds IRA | | | | | | | | | |
| 13. --Charles Schwab Bank | A | Interest | J | T | Sold (part) | 05/16/19 | M | | |
| 14. -Schwab Target 2030 Fund | D | Int./Div. | M | T | Buy | 05/16/19 | L | | |
| 15. -Laudus US Large Cap Growth Fund | D | Int./Div. | L | T | Buy | 05/16/19 | L | | |
| 16. -Schwab Treas Inflation Protected Secs Index Fund | B | Int./Div. | L | T | Buy | 05/16/19 | L | | |
| 17. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wilkins, Robert L.** | 8/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   IRA #2 - ING Plans | | | | | | | | | |
| 19.   --Vanguard Target Retire 2030 Tr | E | Int./Div. | M | T | | | | | |
| 20.   --Brown Cap Mgmt Small Co Instl | D | Int./Div. | K | T | | | | | |
| 21.   Engraving & Printing FCU Account | A | Int./Div. | J | T | | | | | |
| 22.   Thrive FCU Accounts (fka Industrial Centre FCU) | A | Int./Div. | J | T | | | | | |
| 23.   PNC Bank - Proud Legacy Publishing Account | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wilkins, Robert L.** | 8/13/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I.  The trust has no reportable assets for 2019.

Part III.A. Gross income from sales of book published on 9/13/2016.

Part VII. Assessed value of Muncie, IN rental property was $56,700 for 2019.

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkins, Robert L. | 8/13/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert L. Wilkins**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544